THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOPE ARGUS, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of

New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.